**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00073-CR

---

### IN RE BRANDON WILLIAMS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71723**

---

## MEMORANDUM OPINION

On February 4, 2022, relator Brandon Williams filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Terri Tipton Holder, presiding judge of the 149th District Court of Brazoria County, "who has failed to act under 11.07(3)(c)(d) ordering defense attorney to provide his

sworn affidavit in response to the foregoing questions of unresolved issues under Cause No. 71723."

Relator's petition consists of his allegations of "unresolved issues" and relator references in his petition Article 11.07(3)(c)(d) of the Texas Code of Criminal Procedure. Article 11.07 establishes the procedures for an application for writ of habeas corpus. Only the Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings. Tex. Code Crim. Proc. Ann. art. 11.07; *see Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding). Therefore, this court has no mandamus jurisdiction in matters related to petitions for writ of habeas corpus in criminal cases. *See In re Briscoe*, 230 S.W.3d 196, 196 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding) ("We have no authority to issue writs of mandamus in criminal law matters pertaining to proceedings under article 11.07). To complain about any action or inaction of the convicting court, relator may seek mandamus relief from the Texas Court of Criminal Appeals. *See Briscoe*, 230 S.W.3d at 196–97.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).